### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **SKYSONG INNOVATIONS, LLC,** *Plaintiff,* | § § § § | |
| **v.** | § § § | **MO:25-CV-00040-DC** |
| **CROWDSTRIKE INC. and CROWDSTRIKE HOLDINGS, INC.,** *Defendants.* | § § § § § | |

### ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland (Doc. 101) concerning Defendants CrowdStrike, Inc. and CrowdStrike Holdings, Inc.'s Motion to Dismiss (Doc. 39). The Report and Recommendation was issued on February 2, 2026, pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. No timely objections have since been filed. This Court therefore reviews the Report and Recommendation for clear error or conclusions that are contrary to law. Finding none, this Court **ADOPTS** the Report and Recommendation and **GRANTS IN PART AND DENIES IN PART** the Motion.

Defendants must file an answer within 14 days of the entry of this order.

It is so **ORDERED**.

SIGNED this 17th day of February, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE