**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **SKYSONG INNOVATIONS, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | **7:25-CV-00040-DC-DTG** |
| -v- | § | |
| | § | **JURY TRIAL DEMANDED** |
| **CROWDSTRIKE, INC. AND** | § | |
| **CROWDSTRIKE HOLDINGS, INC.,** | § | |
| | § | |
| *Defendants,* | § | |

## ORDER TO PAY TECHNICAL ADVISOR

For the reasons explained in the Order Appointing Technical Advisor previously entered in the above-captioned case, the Court found the technology in this case to be exceptionally complex. Accordingly, the Court appointed Darryl J. Adams to serve as technical advisor. The Court has reviewed Mr. Adams' invoice for services through today, which include evaluating the parties' claim construction briefs, evaluating the parties' arguments during the claim construction hearing, and preparing a claim construction order. The Court finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Plaintiff: | $24,777.50 |
| Defendants: | $24,777.50. |

**SIGNED** this 29th day of May, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE