**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| SKYSONG INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CROWDSTRIKE, INC. AND CROWDSTRIKE HOLDINGS, INC.,<br><br>Defendants. | No. 7:25-cv-00040-DC-DTG<br><br>JURY TRIAL DEMANDED<br><br>[redacted] |

**PLAINTIFF SKYSONG INNOVATIONS, LLC'S UNOPPOSED**
**MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS**

Pursuant to Local Rule CV-7, Plaintiff Skysong Innovations, LLC ("Skysong") respectfully moves for leave to file a "case management motion[]" that exceeds the 10 page limit. L.R. CV-7(C). Skysong seeks to file a Motion for Leave to Serve Its First Amended Final Infringement Contentions ("Motion") that is 20 pages in length. Skysong likewise requests that the Court grant leave for Defendants CrowdStrike, Inc. and CrowdStrike Holdings, Inc. (collectively, "CrowdStrike") to file a response brief of up to 20 pages and for Skysong to file a reply brief of us to 10 pages. Skysong respectfully submits that these additional pages are necessary to adequately brief the Court on the circumstances that necessitate Skysong's amended contentions.

Skysong has conferred with CrowdStrike, and CrowdStrike does not oppose the relief sought herein.

In determining whether to grant leave to amend contentions "Courts consider … when determining whether to allow a party to supplement infringement contentions" is "the reason for the delay and whether the party has been diligent." *Cutting Edge Vision, LLC v. TCL Tech. Grp. Corp.*, W-22-CV-285-ADA, 2023 WL 4002539, at *2 (W.D. Tex. Jun. 14, 2023) (Gilliland, J.)

(quotations omitted). As is detailed in the Motion and has been detailed to the Court through numerous hearings, the road to obtaining fulsome discovery in this case has been long and arduous. CrowdStrike itself asserts that [redacted] Motion, Ex. G at 1. Yet, despite its importance, critical source code for several accused modules was not produced to Skysong until weeks and months *after* the deadline to serve Skysong's Final Infringement Contentions. Motion, Exs. Q-R.

Skysong's Motion explains in detail the relevance of this source code to the theories of infringement Skysong already disclosed in its Final Infringement Contentions and the history of Skysong's efforts to obtain this source code from CrowdStrike. Skysong respectfully submits that this detail is critical for the Court to consider in determining who is responsible for the delay in producing critical discovery and whether Skysong has been diligent in pursuing that discovery and incorporating it into its contentions.

The content of this source code and how it relates to Skysong's already disclosed theories of infringement (or whether, as CrowdStrike will contend, it constitutes a new theory of infringement) is also relevant to the Court's consideration of factors such as the importance of the amendment and whether it causes unfair prejudice to CrowdStrike. *See Cutting Edge*, 2023 WL 4002539, at *2.

So that the parties can give a complete explanation of the history of the production of this source code and its relevance to Skysong's Final Infringement Contentions, Skysong respectfully requests that the Court grant leave to exceed the page limitations for "case management motions" in Local Rule CV-7.

Date: August 14, 2026

By: /s/ *Alfonso Garcia Chan*
Alfonso Garcia Chan (#24012408)

achan@cahill.com
Christopher C. Campbell (#444262 DC)
ccampbell@cahill.com
Britton F. Davis (#43909 CO)
bdavis@cahill.com
Matthew D. Wood (#24110548)
mdwood@cahill.com
**CAHILL GORDON & REINDEL LLP**
900 16th Street N.W., Suite 500
Washington, D.C. 20006
Telephone: (202) 862-8900

Cecil E. Key (#41018 VA)
cecil.key@kkd-law.com
Jay P. Kesan (#41017 VA)
jay.kesan@kkd-law.com
**KEY KESAN DALLMANN PLLC**
1050 Connecticut Avenue N.W., Suite 500
Washington, D.C. 20036
Telephone: (202) 772-1100

Mark D. Siegmund (#24117055)
msiegmund@cjsjlaw.com
Greg Love (#24013060)
glove@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES, PC**
7901 Fish Pond Rd., 2nd Fl
Waco, TX 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

***Attorneys for Plaintiff Skysong Innovations, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2026, a true and correct copy of the foregoing document was served on all counsel of record via email.

/s/ *Alfonso Garcia Chan*
Alfonso Garcia Chan

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on August 14, 2026, counsel for Skysong conferred with counsel for CrowdStrike about the relief sought in Skysong's Motion. Counsel for CrowdStrike indicated that it does not oppose the relief sought by Skysong.

/s/ *Alfonso Garcia Chan*
Alfonso Garcia Chan