**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| SKYSONG INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CROWDSTRIKE, INC. AND CROWDSTRIKE HOLDINGS, INC.,<br><br>Defendants. | No. 7:25-cv-00040-DC-DTG<br><br>JURY TRIAL DEMANDED<br><br>[redacted] |

**DECLARATION OF ALFONSO GARCIA CHAN IN SUPPORT OF PLAINTIFF SKYSONG INNOVATIONS, LLC'S MOTION FOR LEAVE TO SERVE FIRST AMENDED FINAL INFRINGEMENT CONTENTIONS**

I, Afonso Garcia Chan, declare and state as follows:

1. I am an attorney at Cahill Gordon & Reindel LLP ("Firm"). I represent Plaintiff Skysong Innovations, LLC ("Skysong") in the above-captioned case. I have personal knowledge of the matters stated in this declaration and, if called upon, could competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of First Amended Final Infringement Contentions for U.S. Patent No. 10,313,385 with redlines identifying the portions added on July 24, 2026, and highlights identifying the portions added on August 6, 2026.

3. Attached hereto as Exhibit B is a true and correct copy of First Amended Final Infringement Contentions for U.S. Patent No. 10,574,721 with redlines identifying the portions added on July 24, 2026, and highlights identifying the portions added on August 6, 2026.

4. Attached hereto as Exhibit C is a true and correct copy of First Amended Final Infringement Contentions for U.S. Patent No. 11,275,900 with redlines identifying the portions added on July 24, 2026, and highlights identifying the portions added on August 6, 2026.

5. Attached hereto as Exhibit D is a true and correct copy of First Amended Final Infringement Contentions for U.S. Patent No. 11,775,831 with redlines identifying the portions added on July 24, 2026, and highlights identifying the portions added on August 6, 2026.

6. Attached hereto as Exhibit E is a true and correct copy of First Amended Final Infringement Contentions for U.S. Patent No. 11,892,897 with redlines identifying the portions added on July 24, 2026, and highlights identifying the portions added on August 6, 2026.

7. Attached hereto as Exhibit F is a true and correct copy of the sealed transcript of the Discovery Hearing held on August 4, 2026, in the above-captioned case.

8. Attached hereto as Exhibit G is a true and correct copy of the Discovery Dispute Chart regarding Core Technical Documents and Non-Core Technical Documents submitted to Judge Gilliland on July 29, 2026.

9. Attached hereto as Exhibit H is a true and correct copy of Skysong's June 9, 2026 letter to CrowdStrike demanding supplementation of CrowdStrike's deficient technical and source code production.

10. Attached hereto as Exhibit I is a true and correct copy of CrowdStrike's June 16, 2026 letter responding to Skysong's June 9, 2026 letter and acknowledging certain gaps in CrowdStrike's production.

11. Attached hereto as Exhibit J is a true and correct copy of Skysong's July 2, 2026 letter to CrowdStrike regarding missing source code, including Appendix A cross-referencing missing repositories to claim limitations.

12. Attached hereto as Exhibit K is a true and correct copy of an email chain between counsel for the parties from July through August 2026 regarding source code production, including

emails from counsel for CrowdStrike concerning production dates for [redacted] source code and additional source code uploads.

13. Attached hereto as Exhibit L is a true and correct copy of an email chain between counsel for the parties from July 24 through August 13, 2026, concerning Skysong's proposed supplemental infringement contentions and CrowdStrike's objections thereto.

14. Attached hereto as Exhibit M is a true and correct copy of Skysong's August 5, 2026 letter to CrowdStrike regarding missing source code, including source code for the [redacted].

15. Attached hereto as Exhibit N is a true and correct copy of an August 8, 2026 email from counsel for CrowdStrike to counsel for Skysong, stating that CrowdStrike "cannot confirm that all document and source code production is complete" for certain Accused Functionalities.

16. Attached hereto as Exhibit O is a true and correct copy of the rough draft transcript of the parties' meet and confer conducted on August 11, 2026.

17. Attached hereto as Exhibit P is a true and correct copy of an email exchange between counsel for the parties from July 13 through July 17, 2026, regarding CrowdStrike's source code production and listing of source code files that had been uploaded to the source code review environment.

18. Attached hereto as Exhibit Q is a true and correct copy of an email exchange between counsel for the parties from July 13 through August 4, 2026, regarding CrowdStrike's source code production and listing of source code files that had been uploaded to the source code review environment.

19. Attached hereto as Exhibit R is a true and correct copy of a summary chart identifying the source code files that have been uploaded to the source code review environment.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 14, 2026

*/s/ Alfonso Garcia Chan*
Alfonso Garcia Chan