**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| SKYSONG INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CROWDSTRIKE, INC. AND CROWDSTRIKE HOLDINGS, INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 7:25-cv-00040-DC-DTG<br><br>**Jury Trial Demanded** |

**DECLARATION OF IAN A. BENNETT IN SUPPORT OF DEFENDANTS CROWDSTRIKE, INC. AND CROWDSTRIKE HOLDINGS, INC'S OPPOSITION TO SKYSONG INNOVATIONS, LLC'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS**

I, Ian A. Bennett, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP, counsel of record for Defendants CrowdStrike, Inc. and CrowdStrike Holdings, Inc. (collectively "CrowdStrike") in this action. I am a member in good standing of the Bar of the State of California. I make this declaration on my own personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would competently testify to them.

2. On August 4, 2026, the parties met and conferred, and CrowdStrike requested an extension of the case schedule. Skysong did not agree to extend the case schedule.

3. CrowdStrike documents bearing Bates numbers CS-SKYSONG-0000001 through CS-SKYSONG-0033289 were produced by CrowdStrike on or before May 29, 2026. Attached as **Exhibit 1** is a true and correct copy of email from Silvia Specht to Skysong attorneys, dated

May 29, 2026, serving CrowdStrike's document production PROD013. PROD013 contained documents bearing Bates numbers CS-SKYSONG-0032821 to CS-SKYSONG-0033289.

4. The document bearing Bates number CS_SKYSONG-0003708 was produced by CrowdStrike on November 6, 2025. Attached as **Exhibit 2** is a true and correct copy of email from Silvia Specht to Skysong attorneys, dated November 6, 2025, serving documents bearing the Bates numbers CS-SKYSONG-0002956 to CS-SKYSONG-0003793.

5. Attached as **Exhibit 3** is a true and correct copy of email from Silvia Specht to Skysong attorneys, dated November 21, 2025, serving CrowdStrike's document production PROD003. PROD003 contained documents bearing Bates numbers CS-SKYSONG-0003794 to CS-SKYSONG-0005556.

6. The document bearing Bates number CS-SKYSONG-0004407 was produced by CrowdStrike on November 23, 2025. Attached as **Exhibit 4** is a true and correct copy of email from Silvia Specht to Skysong attorneys, dated November 23, 2025, serving CrowdStrike's document production PROD004. PROD004 contained documents bearing Bates numbers CS-SKYSONG-0005557 to CS-SKYSONG-0005624.

7. The document bearing Bates number CS-SKYSONG-0003217 was produced by CrowdStrike on November 6, 2025. *See* Exhibit 1.

8. The document bearing Bates number CS-SKYSONG-003509 was produced by CrowdStrike on November 6, 2025. *See* Exhibit 1.

9. The documents bearing CrowdStrike Bates numbers in Exhibit A to Skysong's motion for leave to amend infringement contentions were produced by CrowdStrike on or before June 1, 2026. The highest Bates number cited is CS-SKYSONG-0031673.

10. The documents bearing CrowdStrike Bates numbers in Exhibit B to Skysong's motion for leave to amend infringement contentions were produced by CrowdStrike on or before June 8, 2026. The highest Bates number document cited is CS-SKYSONG-0033310. Attached as **Exhibit 5** is a true and correct copy of email from Silvia Specht to Skysong attorneys, dated June 8, 2026, serving CrowdStrike's document production PROD014. PROD014 contained documents bearing Bates numbers CS-SKYSONG-0033295 to CS-SKYSONG-0034671.

11. The documents bearing CrowdStrike Bates numbers in Exhibit C to Skysong's motion for leave to amend infringement contentions were produced by CrowdStrike on or before June 1, 2026. The highest Bates number document cited is CS-SKYSONG-0032441.

12. The documents bearing CrowdStrike Bates numbers in Exhibit D to Skysong's motion for leave to amend infringement contentions were produced by CrowdStrike on or before June 8, 2026. The highest Bates number cited is CS-SKYSONG-0033363. The document Bates stamped CS-SKYSONG-0035478 is a reproduction of CS-SKYSONG-0032997.

13. The documents bearing CrowdStrike Bates numbers in Exhibit E to Skysong's motion for leave to amend infringement contentions were produced by CrowdStrike on or before June 1, 2026. The highest Bates number cited is CS-SKYSONG-0032438.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct.

Executed on August 21, 2026, in San Francisco, California.

*/s/ Ian Bennett*

Ian A. Bennett